## Gallucci *v.* Ben Avon Borough, Appellant.

Argued October 9, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and KEIM, JJ.

reargument refused April 16, 1963.

*Fred C. Houston, Jr.,* with him *Houston & Houston,* for appellant.

*C. Harold Skodol,* with him *Rothman, Gordon and Foreman,* for appellees.

374

OPINION PER CURIAM, March 19, 1963:

The Court being equally divided, the decree is affirmed at the cost of appellant.